Cesaro SGRO, Plaintiff in Error, v. UNITED STATES of America, Defendant in Error.

No. 248.

Circuit Court of Appeals, Second Circuit.

Jan. 18, 1932.

I. K. Baxter, of Utica, N. Y., for plaintiff in error.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Jeff D. SIMS, Jr., Appellant, v. UNITED STATES of America, Appellee.

No. 5918.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1932.

Joseph M. Bearman, of Memphis, Tenn. (George J. Coleman, of Memphis, Tenn., on the brief), for appellant.

Bailey Walsh, of Memphis, Tenn. (Lindsay B. Phillips and David Hanover, both of Memphis, Tenn., and William Wolff Smith and A. Hinderliter, both of Washington, D. C., on the brief), for the United States.

Before MOORMAN, HICKS, and HICKENLOOPER, Circuit Judges.

PER CURIAM.

This action was brought to recover the benefits under a policy of war risk insurance. At the conclusion of plaintiff's evidence the court below directed a verdict for the defendant. The sole question was whether plaintiff became totally and permanently disabled during the life of the policy. The record is unsatisfactory. The medical witnesses were evidently equipped to testify definitely upon the obvious points in the case. Whether they did or not does not appear, but certain it is that their evidence as condensed in the bill of exceptions leaves much for speculation. Interpreting it, however, most fa-vorably to the plaintiff, as we think the law requires, we are not satisfied that it was too unsubstantial to submit to the jury.

The judgment is reversed, and the cause remanded for a new trial.

In the Matter of the Search Warrant Heretofore Issued Affecting Premises Known as The STONE HOUSE, PELHAM BAY PARK, NEW YORK, N. Y. August Sperl and Frank J. Olsen, Petitioners-Appellants.

No. 100.

Circuit Court of Appeals, Second Circuit.

Dec. 11, 1931.

Seymour B. Quel, of New York City, for appellants.

George Z. Medalie, U. S. Atty., of New York City (David Marcus, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel).

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

In the Matter of Julius A. TREVAS and Louis Silverman, Individually and as Members of the Firm and the Copartnership of Silverman & Trevas, Appellants.

No. 116.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1932.

Arthur A. Beaudry, of New York City, for appellants.

C. Edward Benoit, of New York City (Julius J. Abeson, of New York City, of counsel), for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.